# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Southern Alliance for Clean Energy, et al. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 26-1071 |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

## CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of section 19(b) of the Natural Gas Act,15 U.S.C. § 717r(b), the provisions of 28 U.S.C. § 2112, and Rule 17 of the Federal Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby certifies that the materials listed and described below are: (1) the orders complained of:

*Mountain Valley Pipeline, LLC*, Order Amending Certificate, 193 FERC ¶ 61,222 (December 18, 2025); Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 194 FERC ¶ 62,087 (February 20, 2026); Order Addressing Arguments Raised on Rehearing, 195 FERC ¶ 61,099 (May 11, 2026); and (2) the complete record upon which such orders were entered.

**Record**
**Item No.**    **Description**

**Docket No. CP25-60**

1.          Filed By: Mountain Valley Pipeline, LLC
            Date: 02/03/2025
            Accession No: 20250203-5192
            Description: Mountain Valley Pipeline, LLC submits Abbreviated
            Application for Amendment to the Certificate of Public Convenience
            and Necessity re the MVP Southgate Project under CP25-60.

2.          Filed By: Mountain Valley Pipeline, LLC
            Date: 02/03/2025
            Accession No: 20250203-5193
            Description: Mountain Valley Pipeline, LLC submits Abbreviated
            Application for Amendment to the Certificate of Public Convenience
            and Necessity re the MVP Southgate Project under CP25-60.

3.          Filed By: Mountain Valley Pipeline, LLC
            Date: 02/03/2025
            Accession No: 20250203-5195
            Description: Mountain Valley Pipeline, LLC submits Abbreviated
            Application for Amendment to the Certificate of Public Convenience
            and Necessity re the MVP Southgate Project under CP25-60.

4.          Filed By: Individual No Affiliation
            Date: 02/18/2025
            Accession No: 20250218-5141
            Description: Comment of Jessica Sims in Docket(s)/Project(s) CP25
            60-000 Submission Date: 2/18/2025

| Record Item No. | Description |
| --- | --- |

5.      Issued By: SECRETARY OF THE COMMISSION - FERC
Date: 02/18/2025
Accession No: 20250218-3024
Description: Notice of Application and Establishing Intervention
Deadline re Mountain Valley Pipeline, LLC's Southgate Amendment
Project under CP25-60.

6.      Filed By: Individual No Affiliation
Date: 02/20/2025
Accession No: 20250220-5002
Description: Comment of Lynn A Godfrey in Docket(s)/Project(s)
CP25-60-000 Submission Date: 2/20/2025

7.      Filed By: Individual No Affiliation
Date: 02/20/2025
Accession No: 20250220-5003
Description: Comment of Lynn A Godfrey in Docket(s)/Project(s)
CP25-60-000 Submission Date: 2/20/2025

8.      Filed By: Public Service Company of North Carolina, Inc.
Date: 02/24/2025
Accession No: 20250224-5065
Description: (doc-less) Motion to Intervene of Public Service
Company of North Carolina, Inc. under CP25-60.

9.      Filed By: Individual No Affiliation
Date: 02/26/2025
Accession No: 20250226-5151
Description: Motion to Intervene of Kellie Ferguson under CP25-60.

**Record Item No.**     **Description**

10.     Issued By: OFFICE OF GENERAL COUNSEL
Date: 02/28/2025
Accession No: 20250228-3036
Description: Memo discussing waiver request for an organizational conflict of interest for Stantec Consulting Services, Inc. re the project work at the Southgate Amendment Project under CP25-60.

11.     Issued By: OFFICE OF ENERGY PROJECTS
Date: 02/28/2025
Accession No: 20250228-3013
Description: Letter to Mountain Valley Pipeline, LLC discussing the selection of the third-party contractor for the Southgate Amendment Project under CP25-60.

12.     Filed By: Individual No Affiliation
Date: 03/04/2025
Accession No: 20250304-5069
Description: Comment of Jim Burnette in Docket(s)/Project(s) CP25 60 000 Submission Date: 3/4/2025

13.     Filed By: NATURAL GAS SUPPLY ASSOCIATION (DC)
Date: 03/04/2025
Accession No: 20250304-5181
Description: (doc-less) Motion to Intervene of Natural Gas Supply Association (DC) under CP25-60.

14.     Filed By: Individual No Affiliation
Date: 03/05/2025
Accession No: 20250305-5001
Description: Comment of Hallie Trauger in Docket(s)/Project(s) CP25-60-000, CP25-10-000 Submission Date: 3/4/2025

| Record Item No. | Description |
|---|---|

**15.**    Filed By: Individual No Affiliation
Date: 03/05/2025
Accession No: 20250305-5000
Description: Comment of Elizabeth Farquhar in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/4/2025

**16.**    Filed By: Individual No Affiliation
Date: 03/05/2025
Accession No: 20250305-5002
Description: Comment of Charles Dolloff in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/5/2025

**17.**    Filed By: Mountain Valley Pipeline, LLC
Date: 03/05/2025
Accession No: 20250305-5120
Description: Mountain Valley Pipeline, LLC submits update re the list
of affected landowners re the MVP Southgate Project under CP25-60.

**18.**    Filed By: Individual No Affiliation
Date: 03/05/2025
Accession No: 20250305-5161
Description: Comment of Lyndsay Deitrick in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/5/2025

**19.**    Filed By: Individual No Affiliation
Date: 03/05/2025
Accession No: 20250305-5158
Description: Comment of Charles Mize in Docket(s)/Project(s) CP25
60-000 Submission Date: 3/5/2025

| **Record Item No.** | **Description** |
| --- | --- |

20.      Filed By: Individual No Affiliation
Date: 03/05/2025
Accession No: 20250305-5271
Description: Comment of melinda tuhus in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/5/2025

21.      Filed By: Individual No Affiliation
Date: 03/06/2025
Accession No: 20250306-5002
Description: Comment of Joshua Vana in Docket(s)/Project(s) CP25
60-000 Submission Date: 3/5/2025

22.      Filed By: Individual No Affiliation
Date: 03/06/2025
Accession No: 20250306-5061
Description: Comment of Sherri S Garner in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/6/2025

23.      Filed By: Pipeliners Local Union 798
Date: 03/06/2025
Accession No: 20250306-5108
Description: Comments of Pipeliners Local Union 798 in support of
Mountain Valley Pipeline, LLC's Southgate Amendment Project under
CP25-60.

24.      Filed By: Individual No Affiliation
Date: 03/06/2025
Accession No: 20250306-5234
Description: Comment of Perry Cogburn in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/6/2025

| **Record Item No.** | **Description** |
|---|---|

25.    Filed By: Individual No Affiliation
Date: 03/06/2025
Accession No: 20250306-5238
Description: Comment of Nora Privitera in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/6/2025

26.    Filed By: Individual No Affiliation
Date: 03/07/2025
Accession No: 20250307-5001
Description: Comment of Krystal Davis in Docket(s)/Project(s) CP25
60-000 Submission Date: 3/6/2025

27.    Filed By: Individual No Affiliation
Date: 03/07/2025
Accession No: 20250307-5002
Description: Comment of Molly F Morabito in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/6/2025

28.    Filed By: Individual No Affiliation
Date: 03/07/2025
Accession No: 20250307-5044
Description: Comment of Randy Hunt in Docket(s)/Project(s) CP25-
60-000 Submission Date: 3/7/2025

29.    Filed By: Individual No Affiliation
Date: 03/07/2025
Accession No: 20250307-5045
Description: Comment of Lawton Mullins, VOGA in
Docket(s)/Project(s) CP25-60-000 Submission Date: 3/7/2025

| Record Item No. | Description |
|---|---|
| | |
| 30. | Filed By: Individual No Affiliation<br>Date: 03/07/2025<br>Accession No: 20250307-5039<br>Description: Comment of Travis Wood in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/7/2025 |
| 31. | Filed By: Individual No Affiliation<br>Date: 03/07/2025<br>Accession No: 20250307-5059<br>Description: Comment of Vanessa Scearce in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/7/2025 |
| 32. | Filed By: Individual No Affiliation<br>Date: 03/07/2025<br>Accession No: 20250307-5085<br>Description: Comment of Basav Sen in Docket(s)/Project(s) CP25-60 000 Submission Date: 3/7/2025 |
| 33. | Filed By: Chesapeake Climate Action Network<br>Date: 03/07/2025<br>Accession No: 20250307-5114<br>Description: Comments of Chesapeake Climate Action Network on behalf of 6,144 members in support of a new application for Certificate of Public Convenience and Necessity re the Mountain Valley Pipeline Southgate Project under CP25-60. |
| 34. | Filed By: Individual No Affiliation<br>Date: 03/07/2025<br>Accession No: 20250307-5003<br>Description: Comment of Lib Hutchby in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/7/2025 |

| Record Item No. | Description |
|---|---|

35.     Filed By: Carolina Utility Customers Association, Inc.
Date: 03/07/2025
Accession No: 20250307-5140
Description: Comments of Carolina Utility Customers Association, Inc. in support of the request for an amendment to the Certificate of Public Convenience and Necessity re the Mountain Valley Pipeline Southgate Project under CP25-60.

36.     Filed By: Individual No Affiliation
Date: 03/07/2025
Accession No: 20250307-5188
Description: Comment of Tesh M Johnson in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/7/2025

37.     Filed By: Consumer Energy Alliance
Date: 03/07/2025
Accession No: 20250307-5200
Description: Comments of Consumer Energy Alliance in support of the application to amend the Certificate of Public Convenience and Necessity re the Mountain Valley Pipeline Southgate Project under CP25-60.

38.     Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5290
Description: Comments of Crystal A. Cavalier in opposition of Mountain Valley Pipeline, LLC's amendment request for the Southgate Project under CP25-60.

| Record Item No. | Description |
| --- | --- |

39.     Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5003
Description: Comment of Kelly Suttles in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/9/2025

40.     Filed By: Duke Energy Carolinas, LLC Duke Energy Progress, LLC
Date: 03/10/2025
Accession No: 20250310-5163
Description: Joint Motion to Intervene and Comments of Duke Energy Carolinas, LLC and Duke Energy Progress, LLC in Support of Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity under CP25-60.

41.     Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5066
Description: Comment of Connor Kish in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

42.     Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5183
Description: Comment of Denise Lytle in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

| **Record Item No.** | **Description** |
|---|---|

43.      Filed By: North Carolina Economic Development Association
Date: 03/10/2025
Accession No: 20250310-5205
Description: Comments of North Carolina Economic Development Association in Support of Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity under CP25-60.

44.      Filed By Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5207
Description: Comment of Jennifer Franklin in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

45.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5188
Description: Comment of Dorcas stolper in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

46.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5201
Description: Comment of Jo Clifton in Docket(s)/Project(s) CP25-60 000 Submission Date: 3/10/2025

47.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5210
Description: Comment of Catherine M Schramm in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

| Record Item No. | Description |
|---|---|

48.  Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5228
Description: Comment of Tristan Sophia in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

49.  Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5221
Description: Comment of Chris Ness in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

50.  Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5258
Description: Comment of Michael Lee in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

51.  Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5286
Description: Comment of David Broer-LeRoux in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

52.  Filed By: Danville-Pittsylvania Regional Industrial Facility Authority
Date: 03/10/2025
Accession No: 20250310-5223
Description: Comments of Danville-Pittsylvania Regional Industrial Facility Authority in support of Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity re the Southgate Project under CP25-60

| **Record Item No.** | **Description** |
|---|---|
| 53. | Filed By: Individual No Affiliation<br>Date: 03/10/2025<br>Accession No: 20250310-5247<br>Description: Comment of Eric Morey in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025 |
| 54. | Filed By: Delegate Sam Rasoul<br>Date: 03/10/2025<br>Accession No: 20250310-5237<br>Description: Comments of Virginia House of Delegates, General Assembly Members in opposition of Mountain Valley Pipeline, LLC's amendment request for the Southgate Project under CP25-60. |
| 55. | Filed By: Individual No Affiliation<br>Date: 03/10/2025<br>Accession No: 20250310-5248<br>Description: Comment of Jenifer Johnson in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025 |
| 56. | Filed By: Individual No Affiliation<br>Date: 03/10/2025<br>Accession No: 20250310-5253<br>Description: Comment of Lynda Carlisle in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025 |
| 57. | Filed By: Individual No Affiliation<br>Date: 03/10/2025<br>Accession No: 20250310-5256<br>Description: Comment of Catherine Beauchamp in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025 |

| **Record Item No.** | **Description** |
|---|---|

58.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5260
Description: Comment of Eileen Woll in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

59.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5266
Description: Comment of Laura Regan in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

60.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5282
Description: Comment of Janell Copello in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

61.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5283
Description: Comment of Joanie Steinhaus in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

62.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5289
Description: Comment of Ronnie Bolling in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

| Record Item No. | Description |
| --- | --- |

63.    Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5194
Description: Comment of lewis sams in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

64.    Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5168
Description: Comments of Maury W. Johnson re the Certificate of Public Convenience and Necessity and Request for Extension of Comment Period re Mountain Valley Pipeline's Southgate Project under CP25-60.

65.    Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5001
Description: Comment of Lucy W Duff in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/8/2025

66.    Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5002
Description: Comment of Kay Reibold in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/9/2025

67.    Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5004
Description: Comment of Karen Bearden in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/9/2025

| Record Item No. | Description |
| --- | --- |

68. Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5005
Description: Comment of Jeannelle Alford Johnson in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

69. Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5040
Description: Comment of Glenn Davis in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

70. Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5033
Description: Comment of Alyssa Morrissey in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

71. Filed By: Virginia Chamber of Commerce
Date: 03/10/2025
Accession No: 20250310-5046
Description: Comments of the Virginia Chamber of Commerce in support of the application to amend the Certificate of Public Convenience and Necessity re the Mountain Valley Pipeline Southgate Project under CP25-60.

72. Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5118
Description: Comment of Henrietta Barksdale in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

| **Record Item No.** | **Description** |
|---|---|

73. Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5119
Description: Comment of Art Shervs in Docket(s)/Project(s) CP25-60
000 Submission Date: 3/10/2025

74. Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5120
Description: Comment of mike and miriam kurland in
Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

75. Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5121
Description: Comment of Sheda Morshed in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

76. Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5122
Description: Comment of Jeffery Garcia in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

77. Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5123
Description: Comment of Christina Chappell in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

| Record Item No. | Description |
| --- | --- |

78.     Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5125
Description: Comment of Judith Smith in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

79.     Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5124
Description: Comment of Tracy Callow in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

80.     Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5129
Description: Comment of Armando A. Garcia in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

81.     Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5126
Description: Comment of Tara Mitchell in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

82.     Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5127
Description: Comment of Heide Catherina Coppotelli in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

| Record Item No. | Description |
| --- | --- |

83.　Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5128
Description: Comment of Lisa Reich in Docket(s)/Project(s) CP25
60-000 Submission Date: 3/10/2025

84.　Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5130
Description: Comment of Wendy Honold in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

85.　Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5131
Description: Comment of Daniel Lamson in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

86.　Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5133
Description: Comment of Jerald Vinikoff in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

87.　Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5137
Description: Comment of Martha Booz in Docket(s)/Project(s) CP25
60-000 Submission Date: 3/10/2025

| Record Item No. | Description |
| --- | --- |

88.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5138
Description: Comment of Christina Sykes in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

89.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5139
Description: Comment of Sue-Anne Solem in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

90.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5141
Description: Comment of Tatjana Walker in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

91.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5145
Description: Comment of Stephen Cutler in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

92.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5146
Description: Comment of George Ball in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

| Record Item No. | Description |
|---|---|

93.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5147
Description: Comment of Kelley Price in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

94.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5148
Description: Comment of Deanna Horton in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

95.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5154
Description: Comment of James Edward McGlinn in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

96.      Filed By: Individual No Affiliation
Date:  03/10/2025
Accession No: 20250310-5155
Description: Comment of JL Angell in Docket(s)/Project(s) CP25-60 000 Submission Date: 3/10/2025

97.      Filed By: Individual No Affiliation
Date: 03/10/2025
Accession No: 20250310-5158
Description: Comment of Jodi Rodar in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

| **Record Item No.** | **Description** |
|---|---|
| 98. | Filed By: Individual No Affiliation<br>Date: 03/10/2025<br>Accession No: 20250310-5159<br>Description: Comment of CAROL LEE COLLINS in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025 |
| 99. | Filed By: Individual No Affiliation<br>Date: 03/10/2025<br>Accession No: 20250310-5164<br>Description: Comment of Robert Posch in Docket(s)/Project(s) CP25 60 000 Submission Date: 3/10/2025 |
| 100. | Filed By: Individual No Affiliation<br>Date: 03/10/2025<br>Accession No: 20250310-5165<br>Description: Comment of Jim Steitz in Docket(s)/Project(s) CP25-60 000 Submission Date: 3/10/2025 |
| 101. | Filed By: Individual No Affiliation<br>Date: 03/10/2025<br>Accession No: 20250310-5166<br>Description: Comment of Barbara in Docket(s)/Project(s) CP25-60 000 Submission Date: 3/10/2025 |
| 102. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5153<br>Description: Comment of Kathryn Little in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025 |

| **Record Item No.** | **Description** |
|---|---|

103.    Filed By: HOUSE OF REPRESENTATIVES UNITED STATESUNITED STATES HOUSE OF REPRESENTATIVES
Date: 03/11/2025
Accession No: 20250311-4001
Description: Comments of U.S. House of Representatives John McGuire and Virginia Foxx in support of the application to amend the Certificate of Public Convenience and Necessity re the Mountain Valley Pipeline Southgate Project under CP25-60.

104.    Filed By: Turtle Island Restoration Network
Date: 03/11/2025
Accession No: 20250311-5173
Description: Comments of Turtle Island Restoration Network in opposition of Mountain Valley Pipeline, LLC's Application fo Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

105.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5177
Description: Comments of Virginia House Delegate, Eric Phillips in support of Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

106.    Filed By: American Gas Association
Date: 03/11/2025
Accession No: 20250311-5201
Description: (doc-less) Motion to Intervene of American Gas Association under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

107.   Filed By: PUBLIC CITIZEN, INC
Date: 03/11/2025
Accession No: 20250311-5203
Description: (doc-less) Motion to Intervene of Public Citizen, Inc under CP25-60.

108.   Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5207
Description: Comment of Gwyneth Homer in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

109.   Filed By: NC Senate District 26
Date: 03/11/2025
Accession No: 20250311-5208
Description: Comments of Senator Phil Berger in support of the Certificate of Public Convenience and Necessity Amendment Application for the Mountain Valley Pipeline Southgate Project under CP25-60.

110.   Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5171
Description: Motion to Intervene and Comments of Crystal Cavalier o Mountain Valley Pipeline, LLC's Certificate Amendment Request for the Mountain Valley Pipeline Project under CP25-60.

| Record Item No. | Description |
|---|---|
| 111. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-519<br>Description: Comment of Bill Woodbridge in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025 |
| 112. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5198<br>Description: Comments of Virginia Delegate Danny Marshall in support of Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60. |
| 113. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5220<br>Description: Comment of Melissa Sims Hairston in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/202 |
| 114. | Filed By: WEST VIRGINIA RIVERS COALITION<br>Date: 03/11/2025<br>Accession No: 20250311-5243<br>Description: Comments of West Virginia Rivers Coalition in opposition of Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60. |

| Record Item No. | Description |
|---|---|

115.   Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5247
Description: Comment of Kimberley Homer in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

116.   Filed By: North Carolina General Assembly
Date: 03/11/2025
Accession No: 20250311-5209
Description: Comments of North Carolina General Assembly in support of the Certificate of Public Convenience and Necessity Amendment Application for the Mountain Valley Pipeline Southgate Project under CP25-60.

117.   Filed By: Protect Our Water Heritage Rights
Date: 03/11/2025
Accession No: 20250311-5233
Description: Comments of Protect Our Water Heritage Rights, et al. in opposition of the Certificate of Public Convenience and Necessity Amendment Application for the Mountain Valley Pipeline Southgate Project under CP25-60.

118.   Filed By: Transcontinental Gas Pipe Line Company, LLC
Date: 03/11/2025
Accession No: 20250311-5234
Description: Motion to Intervene and Comments of Transcontinental Gas Pipe Line Company, LLC in response to Mountain Valley Pipeline, LLC's request to amend for the Southgate Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

119.  Filed By: Appalachian Mountain Advocates
Date: 03/11/2025
Accession No: 20250311-5256
Description: Joint Motion to Intervene and Protest of Appalachian Voices et al. to Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

120.  Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5241
Description: Comment of Anne Manuel in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/11/2025

121.  Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5250
Description: Comment of Lief Hurt in Docket(s)/Project(s) CP25-60 00 Submission Date: 3/11/2025

122.  Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5255
Description: Motion to Intervene and Comments of Seth Harris on Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

| Record Item No. | Description |
|---|---|
| 123. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5219<br>Description: Comment of Cody Chase Lemons in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025 |
| 124. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5222<br>Description: Comment of Ken Chasin in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/11/2025 |
| 125. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5238<br>Description: Motion to Intervene and Comments of Aminah Ghaffar in opposition of Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity, et al. for the Southgate Project under CP25-60. |
| 126. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5231<br>Description: Comment of Chris Saxman in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025 |
| 127. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5239<br>Description: Comment of William Mascioli in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025 |

| Record Item No. | Description |
| --- | --- |
| 128. | Filed By: LIUNA Mid-Atlantic Region<br>Date: 03/11/2025<br>Accession No: 20250311-5245<br>Description: Comments of LIUNA Mid-Atlantic Region in support of the application to amend the Certificate of Public Convenience and Necessity re the Mountain Valley Pipeline Southgate Project unde CP25-60. |
| 129. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5260<br>Description: Comment of Sandra Meadows in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025 |
| 130. | Filed By: TEAMSTERS NATIONAL PIPELINE LABOR MANAGEMENT COOPERATION TRU<br>Date: 03/11/2025<br>Accession No: 20250311-0004<br>Description: Comments of Teamsters National Pipeline Labor Management Cooperation Trust in support of Mountain Valle Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60. |
| 131. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5281<br>Description: Comment of P Keogh in Docket(s)/Project(s) CP25-60 000 Submission Date: 3/11/2025 |

| **Record Item No.** | **Description** |
|---|---|

132.      Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5286
Description: Comment of Barbara Adams in Docket(s)/Project(s) CP25-60-000, CP25-10-000 Submission Date: 3/11/2025

133.      Filed By: Protect Our Water, Heritage, Rights
Date: 03/11/2025
Accession No: 20250311-5276
Description: Motion to Intervene and Comments of Protect Our Water, Heritage, Rights in opposition to Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience an Necessity for the Southgate Project under CP25-60.

134.      Filed By: Appalachian Voices
Date: 03/11/2025
Accession No: 20250311-5058
Description: Comments of Appalachian Voices in opposition of Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

135.      Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5063
Description: Comment of Catherine Cavalier in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

| **Record Item No.** | **Description** |
|---|---|

136.  Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5104
Description: Comment of Timothy Dunn in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/11/2025

137.  Filed By: Southern Environmental Law Center
Date: 03/11/2025
Accession No: 20250311-5169
Description: Joint Motion to Intervene of Southern Alliance for Clean Energy, 7 Directions of Service, Katie Whitehead and Robert McNutt under CP25-60.

138.  Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5115
Description: Comment of Christopher Lish in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

139.  Filed By: Center for Biological Diversity
Date: 03/11/2025
Accession No: 20250311-5122
Description: (doc-less) Motion to Intervene of Center for Biological Diversity under CP25-60.

140.  Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5000
Description: Comment of Lauren Smith in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

| Record<br>Item No. | Description |
|---|---|
| 141. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5001<br>Description: Comment of Karen L Naiman in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025 |
| 142. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5002<br>Description: Comment of Sarah Stewart in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025 |
| 143. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5003<br>Description: Comment of Paula Lecht in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025 |
| 144. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5004<br>Description: Comment of Mary Ann Leitch in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025 |
| 145. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5005<br>Description: Comment of Heather Dale in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025 |

| **Record Item No.** | **Description** |
|---|---|

146.      Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5006
Description: Comment of Jared Brenner in Docket(s)/Project(s) CP2
60-000 Submission Date: 3/10/2025

147.      Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-500
Description: Comment of Brianna Gribben in Docket(s)/Project(s
CP25-60-000 Submission Date: 3/10/2025

148.      Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5008
Description: Comment of Cheryl Eames in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

149.      Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5009
Description: Comment of Kirk Francis in Docket(s)/Project(s) CP25
60-000 Submission Date: 3/10/2025

150.      Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5010
Description: Comment of Latonia Lewis in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

| **Record Item No.** | **Description** |
|---|---|

151.

Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5011
Description: Comment of Marie Wakefield in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

152.

Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5289
Description: Comment of Crystal Mello in Docket(s)/Project(s) CP25
60-000 Submission Date: 3/11/2025

153.

Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5290
Description: Comment of Greg Yost in Docket(s)/Project(s) CP25-60
000 Submission Date: 3/11/2025

154.

Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-529
Description: Comment of Raphiel Hampton in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/11/2025

155.

Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5073
Description: Comment of Carolyn Raasch in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/11/2025

| Record Item No. | Description |
|---|---|

156.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5080
Description: Comment of Bobby Higgins in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

157.    Filed By: Carolina Industrial Group For Fair Utility Rates
Date: 03/11/2025
Accession No: 20250311-5081
Description: Comments of Carolina Industrial Group for Fair Utility Rates in support of the Certificate of Public Convenience and Necessity Amendment Application for the Mountain Valley Pipeline Southgate Project under CP25-60.

158.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5075
Description: (doc-less) Motion to Intervene of Crystal A Cavalier under CP25-60.

159.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5089
Description: Comment of Leigh Cockram in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

| Record Item No. | Description |
|---|---|

160.    Filed By: American Petroleum Institute Southeast
Date: 03/11/2025
Accession No: 20250311-5090
Description: Comments of American Petroleum Institute Southeast Regional Office in support of Mountain Valley Pipeline's request to amend the Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

161.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5092
Description: Comment of Jeannie Ambrose in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

162.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5095
Description: Comment of Kathleen Eaton in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

163.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-510
Description: Comment of Marion Kraus in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/11/2025

| Record Item No. | Description |
|---|---|

164.    Filed By: Pittsylvania County Board of Supervisors
Date: 03/11/2025
Accession No: 20250311-5127
Description: Comments of Pittsylvania County, Virginia Board of Supervisors in support of the Certificate of Public Convenience and Necessity amendment request for the Mountain Valley Pipeline Southgate Project under CP25-60.

165.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5144
Description: Comments of Crystal Cavalier in opposition of Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

166.    Filed By: CENTER FOR LNG
Date: 03/11/2025
Accession No: 20250311-5132
Description: (doc-less) Motion to Intervene of Center for LNG under CP25-60.

167.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5140
Description: Comment of Diamond D Ideozu in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

| Record Item No. | Description |
|---|---|
| 168. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5157<br>Description: Comment of Kim A Kensler-Prager in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025 |
| 169. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5161<br>Description: Comment of Anthony Donnici in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025 |
| 170. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5166<br>Description: Andrew Hinz's Motion to Intervene and Comments on Mountain Valley Pipeline, LLC's Certificate Amendment Request for the Mountain Valley Pipeline Project under CP25-60. |
| 171. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5012<br>Description: Comment of Roland D Amour in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025 |
| 172. | Filed By: Individual No Affiliation<br>Date: 03/11/2025<br>Accession No: 20250311-5013<br>Description: Comment of Tamah Lettieri in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025 |

| **Record Item No.** | **Description** |
|---|---|

173.     Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5014
Description: Comment of Anne Stewart in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

174.     Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5015
Description: Comment of Amanda Siemens in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

175.     Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5016
Description: Comment of Susanna Askins in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

176.     Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5017
Description: Comment of Raymond Dolgert in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

177.     Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5018
Description: Comment of Ann R Brady in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

| **Record Item No.** | **Description** |
|---|---|

178.

Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5019
Description: Comment of Marie D Anna in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

179.

Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5020
Description: Comment of Paul J. Komishock Jr. in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

180.

Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5021
Description: Comment of Todd Snyder in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

181.

Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5022
Description: Comment of Diane-Michele Petrillo in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

182.

Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5023
Description: Comment of Michelle Hayward Hayward in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/202

| Record Item No. | Description |
| --- | --- |

183.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5024
Description: Comment of Lynn Hoang in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

184.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-502
Description: Comment of Rebecca Ruiz in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

185.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5026
Description: Comment of Mark M Giese in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

186.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-502
Description: Comment of Russell Weisz in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/10/2025

187.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5028
Description: Comment of Tracy Feldman in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/10/2025

| Record Item No. | Description |
|---|---|

188.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5029
Description: Comment of Elena Tillman in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/10/2025

189.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5030
Description: Comment of Virgene Link-New in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/11/2025

190.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5031
Description: Comment of Linda Carroll in Docket(s)/Project(s) CP25
60-000 Submission Date: 3/11/2025

191.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5033
Description: Comment of Joan Connolly in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/11/2025

192.    Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5034
Description: Comment of John Oda in Docket(s)/Project(s) CP25-60
000 Submission Date: 3/11/2025

| Record Item No. | Description |
| --- | --- |

193. Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5035
Description: Comment of Deb Castellana in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/11/2025

194. Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5032
Description: Comment of AJ Cho in Docket(s)/Project(s) CP25-60
000 Submission Date: 3/11/2025

195. Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5047
Description: Comments of Pamela T. Turner in opposition to the
proposed Mountain Valley Pipeline Southgate extension and
Abbreviated Application for Amendment to the Certificate of Public
Convenience and Necessity re the Southgate Project under CP25-60.

196. Filed By: Individual No Affiliation
Date: 03/11/2025
Accession No: 20250311-5044
Description: Comment of Laura Horowitz in Docket(s)/Project(s
CP25-60-000 Submission Date: 3/11/2025

| Record Item No. | Description |
| --- | --- |

197. Filed By: Danville Pittsylvania Chamber of Commerce
Date: 03/12/2025
Accession No: 20250312-5007
Description: Comments of Danville Pittsylvania Chamber of Commerce in support of the Application to Amend the Certificate of Public Convenience and Necessity for the Mountain Valley Pipeline Southgate Project under CP25-60.

198. Filed By: Individual No Affiliation
Date: 03/12/2025
Accession No: 20250312-5000
Description: Comment of Roberta Bondurant in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

199. Filed By: Individual No Affiliation
Date: 03/12/2025
Accession No: 20250312-5125
Description: Comment of Donna Knipp in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/12/2025

200. Filed By: Individual No Affiliation
Date: 03/12/2025
Accession No: 20250312-5001
Description: Comment of Debbie Bonnet in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/11/2025

| **Record Item No.** | **Description** |
|---|---|

201.    Filed By: Individual No Affiliation
Date: 03/12/2025
Accession No: 20250312-5005
Description: Comments of John Wagner in opposition to Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

202.    Filed By: Department of Conservation and Recreation-Division of Natura
Date: 03/12/2025
Accession No: 20250312-5018
Description: Comments of The Commonwealth of Virginia Department of Conservation and Recreation - Division of Natural Heritage on the Exotic and Invasive Species Control Plan re the Southgate Project under CP25-60.

203.    Filed By: Individual No Affiliation
Date: 03/12/2025
Accession No: 20250312-5002
Description: Comment of Jenifer Steele in Docket(s)/Project(s) CP25 60-000 Submission Date: 3/11/2025

204.    Filed By: Terry Family
Date: 03/12/2025
Accession No: 20250312-5016
Description: Motion to Intervene and Comments of Terry Family in opposition to Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

205. Filed By: Individual No Affiliation
Date: 03/12/2025
Accession No: 20250312-5003
Description: Comment of Annette Hines in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/12/2025

206. Filed By: Individual No Affiliation
Date: 03/12/2025
Accession No: 20250312-5004
Description: Comment of Dr. Mha Atma S Khalsa in Docket(s)/Project(s) CP25-60-000 Submission Date: 3/12/2025

207. Filed By:  Sierra Club
Date: 03/12/2025
Accession No: 20250312-5033
Description: Comments of Sierra Club, et al. in opposition to Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

208. Filed By: Piedmont Natural Gas Company, Inc.
Date: 03/12/2025
Accession No: 20250312-5067
Description: (doc-less) Out-of-Time Motion to Intervene of Piedmont Natural Gas Company, Inc. under CP25-60.

| Record Item No. | Description |
| --- | --- |

209.    Filed By: 198 Methods Beyond Extreme Energy
Date: 03/12/2025
Accession No: 20250312-5240
Description: Comments of 198 Methods, et al. in opposition to
Mountain Valley Pipeline, LLC's Application for Amendment to
Certificate of Public Convenience and Necessity for the Southgate
Project under CP25-60.

210.    Filed By: US CONGRESSMAN
Date: 03/13/2025
Accession No: 20250313-4000
Description: Comments of U.S. Congressman Carol D. Miller et
al. urging FERC to approve Mountain Valley Pipeline LLC's
application to amend the Certificate of Public Convenience and
Necessity re the Mountain Valley Pipeline Southgate Project under
CP25-60.

211.    Filed By: Mountain Valley Pipeline, LLC
Date: 03/13/2025
Accession No: 20250313-5145
Description: Mountain Valley Pipeline, LLC submits Third Party
Contractor Memorandum of Understanding for the Southgate
Amendment Project under CP25-60.

212.    Filed By: INDIVIDUAL
Date: 03/17/2025
Accession No: 20250317-0001
Description: Comments of Betsy Newnum re Mountain Valley
Pipeline, LLC's Certificate Amendment Request for the Mountai
Valley Pipeline Project under CP25-60.

**Record
Item No.**    **Description**

213.    Filed By: Mountain Valley Pipeline, LLC
Date: 03/17/2025
Accession No: 20250317-5167
Description: Mountain Valley Pipeline, LLC submits update
landowner and stakeholder lists re the Mountain Valley Pipeline
Southgate Project under CP25-60.

214.    Filed By: Mountain Valley Pipeline, LLC
Date: 03/17/2025
Accession No: 20250317-5168
Description: Mountain Valley Pipeline, LLC submits updated
landowner and stakeholder lists re the Mountain Valley Pipeline
Southgate Project under CP25-60.

215.    Filed By: Individual No Affiliation
Date: 03/18/2025
Accession No: 20250318-5001
Description: Comment of Cara Artman in Docket(s)/Project(s) CP2
60-000 Submission Date: 3/17/2025

216.    Filed By: Public Service Company of North Carolina
Date: 03/20/2025
Accession No: 20250320-5221
Description: Comments of Public Service Company of North
Carolina, Inc. in Support of Mountain Valley Pipeline, LLC's
Application under CP25-60.

| **Record Item No.** | **Description** |
| --- | --- |

217.  Filed By: Individual No Affiliation
Date: 03/24/2025
Accession No: 20250324-5007
Description: Comment of Jessica Heiden in Docket(s)/Project(s)
CP25-60-000 Submission Date: 3/23/2025

218.  Filed By: Mountain Valley Pipeline, LLC
Date: 03/26/2025
Accession No: 20250326-5176
Description: Mountain Valley Pipeline, LLC submits response to comments re Application for Amendment re the Mountain Valley Pipeline Southgate Project under CP25-60.

219.  Filed By: Mountain Valley Pipeline, LLC
Date: 03/28/2025
Accession No: 20250328-5286
Description: Mountain Valley Pipeline, LLC submits supplement to the 02/03/2025 Amendment Application re the Mountain Valley Pipeline Southgate Project under CP25-60.

220.  Filed By: Mountain Valley Pipeline, LLC
Date: 03/28/2025
Accession No: 20250328-5287
Description: Mountain Valley Pipeline, LLC submits supplement to the 02/03/2025 Amendment Application re the Mountain Valley Pipeline Southgate Project under CP25-60.

| Record Item No. | Description |
| --- | --- |

221.    Filed By: Individual No Affiliation
        Date: 04/02/2025
        Accession No: 20250402-5068
        Description: Comment of Kimberly Kozakiewicz in
        Docket(s)/Project(s) CP25-60-000 Submission Date: 4/2/2025

222.    Filed By: Individual No Affiliation
        Date: 04/03/2025
        Accession No: 20250403-5002
        Description: Comment of Heath Daniel in Docket(s)/Project(s) CP25
        10-000, CP25-60-000 Submission Date: 4/3/2025

223.    Filed By: Mountain Valley Pipeline, LLC
        Date: 04/04/2025
        Accession No: 20250404-5158
        Description: Mountain Valley Pipeline, LLC submits supplement to
        the 02/03/2025 Amendment Application re updated alignment sheets
        for the Mountain Valley Pipeline Southgate Project under CP25-60.

224.    Filed By: Individual No Affiliation
        Date: 04/07/2025
        Accession No: 20250407-5001
        Description: Comment of Kristin Womack in Docket(s)/Project(s)
        CP25-60-000 Submission Date: 4/5/2025

| Record Item No. | Description |
| --- | --- |

225.   Issued By: OFFICE OF ENERGY PROJECTS
Date: 04/29/2025
Accession No: 20250429-3025
Description: Letter requesting Mountain Valley Pipeline, LLC to file a response to Environmental Information Request 1 within 10 days to assist in FERC's analysis of the application re the Southgate Amendment Project under CP25-60.

226.   Filed By: Mountain Valley Pipeline, LLC
Date: 05/09/2025
Accession No: 20250509-5124
Description: Mountain Valley Pipeline, LLC submits response t FERC's 04/29/2025 Environmental Information Request No. 1 re the application for the Southgate Amendment Project under CP25-60.

227.   Filed By: Mountain Valley Pipeline, LLC
Date: 05/09/2025
Accession No: 20250509-5123
Description: Mountain Valley Pipeline, LLC submits response to FERC's 04/29/2025 Environmental Information Request No. 1 re the application for the Southgate Amendment Project under CP25-60.

228.   Filed By: Mountain Valley Pipeline, LLC
Date: 05/15/2025
Accession No: 20250515-5109
Description: Mountain Valley Pipeline, LLC submits updated landowner and stakeholder lists re the Mountain Valley Pipeline Southgate Project under CP25-60.

| Record Item No. | Description |
|---|---|

229.  Filed By: Mountain Valley Pipeline, LLC
Date: 05/15/2025
Accession No: 20250515-5110
Description: Mountain Valley Pipeline, LLC submits updated landowner and stakeholder lists re the Mountain Valley Pipeline Southgate Project under CP25-60.

230.  Filed By: Individual No Affiliation
Date: 05/19/2025
Accession No: 20250519-5009
Description: Non-Decisional: Pre-Technical Conference Comments of Andrew D. Hinz under AD25-7 et al.

231.  Filed By: Southern Environmental Law Center
Date: 05/20/2025
Accession No: 20250520-5078
Description: Comments of Southern Environmental Law Center re U.S. Army Corps of Engineers, Norfolk District's notification to property owners re the Mountain Valley Pipeline Southgate Project under CP25-60.

232.  Issued By: SECRETARY OF THE COMMISSION, FERC
Date: 05/22/2025
Accession No: 20250522-302
Description: Notice of Scoping Period Requesting Comments on Environmental Issues for the Proposed Mountain Valley Pipelin Southgate Amendment Project, and Notice of Public Scoping Session re Mountain Valley Pipeline, LLC under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

233.   Issued By: SECRETARY OF THE COMMISSION - FERC
Date: 05/23/2025
Accession No: 20250523-3047
Description: Notice Denying Late Interventions re Mountain Valley Pipeline, LLC's Southgate Project under CP25-60.

234.   Issued By: SECRETARY OF THE COMMISSION - FERC
Date: 05/27/2025
Accession No: 20250527-3002
Description: Notice Denying Late Interventions re Mountain Valley Pipeline, LLC's Southgate Project under CP25-60. Erroneously Filed.

235.   Issued By: OFFICE OF ENERGY PROJECTS
Date: 05/30/2025
Accession No: 20250530-3005
Description: Letter requesting Mountain Valley Pipeline, LLC to file a response to data request within 7 days to assist in FERC's analysis of the proposal re the Southgate Amendment Project under CP25-60.

236.   Filed By: Virginia Department of Environmental Quality
Date: 06/03/2025
Accession No: 20250603-5109
Description: Comments of The Virginia Department of Environmental Quality re the scoping request for the proposed Mountain Valle Pipeline Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

237.    Filed By: Mountain Valley Pipeline, LLC
Date: 06/05/2025
Accession No: 20250605-5119
Description: Mountain Valley Pipeline, LLC submits response to
FERC's 05/30/2025 engineering information request re the Southgate
Amendment Project under CP25-60.

238.    Filed By: Mountain Valley Pipeline, LLC
Date: 06/05/2025
Accession No: 20250605-5120
Description: Mountain Valley Pipeline, LLC submits response to
FERC's 05/30/2025 engineering information request re the Southgate
Amendment Project under CP25-60.

239.    Filed By: Individual No Affiliation
Date: 06/09/2025
Accession No: 20250609-5006
Description: Comment of Todd Snyder in Docket(s)/Project(s) CP25
60-000 Submission Date: 6/7/2025

240.    Filed By: Department of Conservation and Recreation-Division of
Natura
Date: 06/16/2025
Accession No: 20250616-5050
Description: Comments of The Commonwealth of Virginia
Department of Conservation and Recreation - Division of Natural
Heritage on the Exotic and Invasive Species Control Plan, etc. re the
Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
| --- | --- |

241.    Filed By: Individual No Affiliation
Date: 06/16/2025
Accession No: 20250616-5111
Description: Comment of David Hill in Docket(s)/Project(s) CP25-60
000 Submission Date: 6/16/2025

242.    Filed By: Individual No Affiliation
Date: 06/17/2025
Accession No: 20250617-5000
Description: Comment of Jim Steitz in Docket(s)/Project(s) CP25-60
000 Submission Date: 6/17/2025

243.    Filed By: Individual No Affiliation
Date: 06/17/2025
Accession No: 20250617-5205
Description: Comment of Dominique De Laet in Docket(s)/Project(s)
CP25-60-000 Submission Date: 6/17/2025

244.    Filed By: Individual No Affiliation
Date: 06/18/2025
Accession No: 20250618-5249
Description: Comment of Lee P Templeton in Docket(s)/Project(s)
CP25-60-000 Submission Date: 6/18/2025

245.    Filed By: Individual No Affiliation
Date: 06/20/2025
Accession No: 20250620-5030
Description: Comment of Marjorie Ann Storch in Docket(s)/Project(s)
CP25-60-000 Submission Date: 6/19/2025

| Record Item No. | Description |
|---|---|

246.        Filed By: Individual No Affiliation
Date: 06/20/2025
Accession No: 20250620-5027
Description: Comment of Tina Shull in Docket(s)/Project(s) CP25-60 000 Submission Date: 6/19/2025

247.        Filed By: Individual No Affiliation
Date: 06/20/2025
Accession No: 20250620-5055
Description: Comment of Joshua Lobe in Docket(s)/Project(s) CP25 60 000 Submission Date: 6/19/2025

248.        Filed By: Individual No Affiliation
Date: 06/20/2025
Accession No: 20250620-5050
Description: Comment of Sydney Bronaugh in Docket(s)/Project(s) CP25-60-000 Submission Date: 6/19/2025

249.        Filed By: Mountain Valley Pipeline, LLC
Date: 06/20/2025
Accession No: 20250620-5081
Description: Mountain Valley Pipeline, LLC submits updated Exhibit C related to Company Officials re the application to amend its Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

250.        Filed By: Individual No Affiliation
Date: 06/20/2025
Accession No: 20250620-5038
Description: Comment of Georgia Haverty in Docket(s)/Project(s) CP25-60-000 Submission Date: 6/19/2025

| **Record Item No.** | **Description** |
|---|---|

251.      Filed By: Individual No Affiliation
Date: 06/20/2025
Accession No: 20250620-5154
Description: Comments of Steven J. Laning re the Southgate Amendment Project under CP25-60.

252.      Filed By: Individual No Affiliation
Date: 06/20/2025
Accession No: 20250620-5239
Description: Comment of Karen O. Hodges in Docket(s)/Project(s) CP25-60-000 Submission Date: 6/20/2025

253.      Filed By: Appalachian Mountain Advocates
Date: 06/20/2025
Accession No: 20250620-5373
Description: Joint Scoping Comments on Environmental Issues for the Proposed Amendment to the Certificate of Public Convenience and Necessity for the Mountain Valley Pipeline Southgate Project by Appalachian Voices, et al. under CP25-60.

254.      Filed By: Transcontinental Gas Pipe Line Company, LLC
Date: 06/20/2025
Accession No: 20250620-5365
Description: Transcontinental Gas Pipe Line Company, LLC submits comments in response to the 04/22/2025 environmental information request re the Southgate Amendment Project under CP25-60.

| Record Item No. | Description |
|---|---|

255.  Filed By: Appalachian Voices
Date: 06/20/2025
Accession No: 20250620-5399
Description: Scoping Comments of Appalachian Voices in opposition to Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity re the Southgate Amendment Project under CP25-60.

256.  Filed By: Individual No Affiliation
Date: 06/20/2025
Accession No: 20250620-5422
Description: Comment of Aidan Loretz in Docket(s)/Project(s) CP25 60-000 Submission Date: 6/20/2025

257.  Filed By: Historic Preservation Office
Date: 06/20/2025
Accession No: 20250620-5426
Description: Comments of North Carolina State Historic Preservation Office re scoping process to produce an Environmental Impact Statement for the Southgate Amendment Project under CP25-60.

258.  Filed By: Individual No Affiliation
Date: 06/20/2025
Accession No: 20250620-5421
Description: Comment of Neal Whitefur in Docket(s)/Project(s) CP25-60-000 Submission Date: 6/20/2025

| Record Item No. | Description |
|---|---|

259.  Filed By: Individual No Affiliation
Date: 06/23/2025
Accession No: 20250623-5008
Description: Comment of Betsy R Newnum in Docket(s)/Project(s) CP25-60-000 Submission Date: 6/21/2025

260.  Filed By: Individual No Affiliation
Date: 06/23/2025
Accession No: 20250623-5010
Description: Comment of Alissa Ganser in Docket(s)/Project(s) CP25 60-000 Submission Date: 6/21/2025

261.  Filed By: Individual No Affiliation
Date: 06/23/2025
Accession No: 20250623-5011
Description: Comment of MaryAnn Osterbrink in Docket(s)/Project(s) CP25-60-000 Submission Date: 6/21/2025

262.  Filed By: Individual No Affiliation
Date: 06/23/2025
Accession No: 20250623-5007
Description: Comment of Martha S Pentecost in Docket(s)/Project(s) CP25-60-000 Submission Date: 6/21/2025

263.  Filed By: Individual No Affiliation
Date: 06/23/2025
Accession No: 20250623-5052
Description: Comments of Elizabeth Struthers Malbon requesting that FERC deny Mountain Valley Pipeline, LLC's amendment request re the Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

264.    Filed By: Chesapeake Climate Action Network
Date: 06/23/2025
Accession No: 20250623-5054
Description: Comments of Chesapeake Climate Action Network and request that FERC require Mountain Valley Pipeline LLC to apply for a new permit for the Southgate Project under CP25-60.

265.    Filed By: INDIVIDUAL
Date: 06/24/2025
Accession No: 20250624-4008
Description: Non-Decisional: Emailed comments of Robert E. Rutkowski requesting that FERC require Mountain Valley Pipeline, LLC to apply for a new Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60.

266.    Filed By: Southern Environmental Law Center
Date: 06/25/2025
Accession No: 20250625-5027
Description: Comments of Southern Environmental Law Center re the U.S. Army Corps of Engineers, Norfolk District's notification to property owners re the Mountain Valley Pipeline Southgate Project under CP25-60.

267.    Issued By: OFFICE OF ENERGY PROJECTS
Date: 06/25/2025
Accession No: 20250625-3064
Description: Letter requesting Mountain Valley Pipeline, LLC to file a response to Environmental Informational Request 2 within 20 days to assist in FERC's analysis of the application for the Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

268.     Filed By: Individual No Affiliation
Date: 06/26/2025
Accession No: 20250626-5000
Description: Comment of Ann Rubinsohn Brady in
Docket(s)/Project(s) CP25-60-000 Submission Date: 6/25/2025

269.     Issued By: OFFICE OF ENERGY PROJECTS
Date: 06/26/2025
Accession No: 20250626-3079
Description: Letter requesting Transcontinental Gas Pipe Line
Company, LLC to file a response to data request within 10 days to
assist in FERC's analysis of the proposal for the Southgate
Amendment Project under CP25-60.

270.     Filed By: Sierra Club
Date: 07/01/2025
Accession No: 20250701-5160
Description: Comments of Sierra Club Members in opposition to
Mountain Valley Pipeline, LLC's Application for Amendment to
Certificate of Public Convenience and Necessity re the Southgate
Amendment Project under CP25-60.

271.     Issued By: SECRETARY OF THE COMMISSION, FERC
Date: 07/03/2025
Accession No: 20250703-3021
Description: Notice of Schedule for the Preparation of an
Environmental Assessment for the Proposed Mountain Valley Pipeline
Southgate Amendment Project re Mountain Valley Pipeline, LLC
under CP25-60.

| Record Item No. | Description |
|---|---|

272.  Issued By: FEDERAL ENERGY REGULATORY COMMISSION
Date: 07/03/2025
Accession No: 20250703-4000
Description: Transcript of the 06/16/2025 et al. Public Scoping Meetings re the MVP Southgate Amendment Project under CP25-60.

273.  Filed By: Transcontinental Gas Pipe Line Company, LLC
Date: 07/07/2025
Accession No: 20250707-5194
Description: Transcontinental Gas Pipe Line Company, LLC submits response to FERC's 06/26/2025 data request re the Southgate Amendment Project under CP25-60.

274.  Filed By: Transcontinental Gas Pipe Line Company, LLC
Date: 07/07/2025
Accession No: 20250707-5195
Description: Transcontinental Gas Pipe Line Company, LLC submits response to FERC's 06/26/2025 data request re the Southgate Amendment Project under CP25-60.

275.  Filed By: Mountain Valley Pipeline, LLC
Date: 07/11/2025
Accession No: 20250711-5108
Description: Mountain Valley Pipeline, LLC submits response to Transcontinental Gas Pipe Line Company, LLC's 06/26/2025 data response re the application amendment request re the Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
| --- | --- |

**276.** Filed By: Mountain Valley Pipeline, LLC
Date: 07/15/2025
Accession No: 20250715-5108
Description: Mountain Valley Pipeline, LLC submits response to FERC's 06/25/2025 Environmental Information Request No. 2 re the Southgate Amendment Project under CP25-60.

**277.** Issued By: OFFICE OF ENERGY MARKET REGULATION
Date: 07/23/2025
Accession No: 20250723-3025
Description: Letter requesting Mountain Valley Pipeline, LLC to file a response to data request within 10 business days to assist in FERC's analysis of the proposal in the certificate application under CP25-60.

**278.** Filed By: SANDY OAKS FARMS LLC
Date: 07/23/2025
Accession No: 20250723-0002
Description: Comments of Steven R. Lavinder of Sandy Oaks Farms LLC re Mountain Valley Pipeline's Southgate Amendment Project under CP25-60.

**279.** Issued By: OFFICE OF ENERGY PROJECTS
Date: 07/25/2025
Accession No: 20250725-3029
Description: Letter requesting Mountain Valley Pipeline, LLC to file a response to Environmental Information Request No. 3 within 5 days to assist in FERC's analysis of the application for the Southgate Amendment Project under CP25-60.

| Record Item No. | Description |
| --- | --- |

280.     Filed By: Mountain Valley Pipeline, LLC
Date: 07/28/2025
Accession No: 20250728-5070
Description: Mountain Valley Pipeline, LLC submits response to FERC's 07/23/2025 data request re the Southgate Amendment Project under CP25-60.

281.     Filed By: Southern Alliance for Clean Energy7 Directions of Service Katie Whitehead, Robert McNutt
Date: 07/28/2025
Accession No: 20250728-5091
Description: Motion of Southern Alliance for Clean Energy et al. to Lodge Uncertainty and Upward Bias are Inherent in Data Center Electricity Demand Projections report under CP25-60.

282.     Filed By: Mountain Valley Pipeline, LLC
Date: 07/30/2025
Accession No: 20250730-5135
Description: Mountain Valley Pipeline, LLC submits response to FERC's 07/25/2025 Environmental Information Request No. 3 re the Southgate Amendment Project under CP25-60.

283.     Filed By: Mountain Valley Pipeline, LLC
Date: 08/01/2025
Accession No: 20250801-5151
Description: Mountain Valley Pipeline, LLC submits Amendment to the Programmatic Agreement re the Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

284.    Filed By: Mountain Valley Pipeline, LLC
Date: 08/08/2025
Accession No: 20250808-5160
Description: Mountain Valley Pipeline, LLC submits supplemental response FERC's 06/25/2025 Environmental Information Request No. 2 re the application for the Southgate Amendment Project under CP25-60.

285.    Filed By: Mountain Valley Pipeline, LLC
Date: 08/08/2025
Accession No: 20250808-5161
Description: Mountain Valley Pipeline, LLC submits supplemental response FERC's 06/25/2025 Environmental Information Request No. 2 re the application for the Southgate Amendment Project under CP25-60.

286.    Filed By: Mountain Valley Pipeline, LLC
Date: 08/15/2025
Accession No: 20250815-5124
Description: Mountain Valley Pipeline, LLC submits Biological Assessment re the Amendment Application for the Southgate Amendment Project under CP25-60.

287.    Filed By: Mountain Valley Pipeline, LLC
Date: 08/15/2025
Accession No: 20250815-5125
Description: Mountain Valley Pipeline, LLC submits Biological Assessment re the Amendment Application for the Southgate Amendment Project under CP25-60.

| Record Item No. | Description |
|---|---|

288.

Filed By: US House of Representatives UNITED STATES CONGRESS
Date: 08/19/2025
Accession No: 20250819-5061
Description: Comments of U.S. Congress Member Jennifer L. McClellan et al. urging the U.S. Army Corps of Engineers to follow standard permitting procedures and prepare a supplemental Environmental Impact Statement re the Southgate Project under CP25-60.

289.

Filed By: Sierra Club
Date: 08/20/2025
Accession No: 20250820-5005
Description: Comments of Sierra Club et al. with request for public version of Mountain Valley Pipeline, LLC's Biological Assessment re the Amendment Application for the Southgate Amendment Project under CP25-60.

290.

Issued By: OFFICE OF ENERGY PROJECTS
Date: 08/25/2025
Accession No: 20250825-3098
Description: Letter requesting Mountain Valley Pipeline, LLC to file a response to Environmental Information Request No. 4 within 5 days to assist in FERC's analysis of the application re the Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

291.    Filed By: Mountain Valley Pipeline, LLC
Date: 09/03/2025
Accession No: 20250903-5011
Description: Mountain Valley Pipeline, LLC submits response to FERC's 08/25/2025 Environmental Information Request No. 4 re the Southgate Amendment Project under CP25-60.

292.    Filed By: Mountain Valley Pipeline, LLC
Date: 09/11/2025
Accession No: 20250911-5014
Description: Mountain Valley Pipeline, LLC submits updated Biological Assessment in response to FERC's 08/25/2025 Environmental Information Request No. 4 re the Amendment Application for the Southgate Amendment Project under CP25-60.

293.    Filed By: Mountain Valley Pipeline, LLC
Date: 09/11/2025
Accession No: 20250911-5015
Description: Mountain Valley Pipeline, LLC submits updated Biological Assessment in response to FERC's 08/25/2025 Environmental Information Request No. 4 re the Amendment Application for the Southgate Amendment Project under CP25-60.

294.    Filed By: Sierra Club
Date: 09/19/2025
Accession No: 20250919-5097
Description: Comments of Sierra Club et al. with request for a public version of Mountain Valley Pipeline, LLC's updated Biological Assessment re the Amendment Application for the Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
| --- | --- |

295.

Issued By: SECRETARY OF THE COMMISSION, FERC
Date: 10/03/2025
Accession No: 20251003-3014
Description: Notice of Availability of the Environmental Assessment for the Proposed Mountain Valley Pipeline Southgate Amendment Project re Mountain Valley Pipeline, LLC under CP25-60.

296.

Issued By: OFFICE OF ENERGY PROJECTS
Date: 10/03/2025
Accession No: 20251003-3010
Description: Environmental Assessment for Mountain Valley Pipeline, LLC's Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

297.

Issued By: OFFICE OF ENERGY PROJECTS
Date: 10/10/2025
Accession No: 20251010-3010
Description: Letter requesting Mountain Valley Pipeline, LLC to file a response to data request within 7 days to assist in FERC's analysis of the proposal re The Southgate Amendment Project under CP25-60.

298.

Filed By: Mountain Valley Pipeline LLC
Date: 10/16/2025
Accession No: 20251016-5044
Description: Mountain Valley Pipeline, LLC submits response to FERC's 10/10/2025 data request to assist in FERC's analysis of the proposal re The Southgate Amendment Project under CP25-60.

| Record Item No. | Description |
| --- | --- |

299. Filed By: Mountain Valley Pipeline LLC
Date: 10/16/2025
Accession No: 20251016-5045
Description: Mountain Valley Pipeline, LLC submits response to FERC's 10/10/2025 data request to assist in FERC's analysis of the proposal re The Southgate Amendment Project under CP25-60.

300. Issued By: OFFICE OF ENERGY PROJECTS
Date: 10/22/2025
Accession No: 20251022-3012
Description: Letter to Mountain Valley Pipeline, LLC discussing the 09/11/2025 Redacted Public Version of the updated Biological Assessment for the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

301. Filed By: Individual No Affiliation
Date: 10/22/2025
Accession No: 20251022-5073
Description: Comment of Jessica Sims in Docket(s)/Project(s) CP25 60-000 Submission Date: 10/22/2025

302. Filed By: Mountain Valley Pipeline, LLC
Date: 10/27/2025
Accession No: 20251027-5121
Description: Mountain Valley Pipeline, LLC submits response to FERC's 10/22/2025 letter re the privileged treatment of the Biological Assessment for the MVP Southgate Amendment Project under CP25 60.

| Record Item No. | Description |
| --- | --- |

303.     Filed By: Individual No Affiliation
Date: 10/27/2025
Accession No: 20251027-5009
Description: Comment of Katherine Williams in Docket(s)/Project(s) CP25-60-000 Submission Date: 10/25/2025

304.     Filed By: Individual No Affiliation
Date: 10/27/2025
Accession No: 20251027-5005
Description: Comment of Carly diaz in Docket(s)/Project(s) CP25-60 000 Submission Date: 10/25/2025

305.     Filed By: Individual No Affiliation
Date: 10/27/2025
Accession No: 20251027-5007
Description: Comment of Richard Vultaggio in Docket(s)/Project(s) CP25-60-000 Submission Date: 10/25/2025

306.     Filed By: Individual No Affiliation
Date: 10/27/2025
Accession No: 20251027-5041
Description: Comment of Nancy Trevino in Docket(s)/Project(s) CP25-60-000 Submission Date: 10/27/2025

307.     Filed By: Individual No Affiliation
Date: 10/29/2025
Accession No: 20251029-5001
Description: Comment of GEORGIA HAVERTY in Docket(s)/Project(s) CP25-60-000 Submission Date: 10/28/2025

| **Record Item No.** | **Description** |
|---|---|

308.    Filed By: Individual No Affiliation
Date: 10/29/2025
Accession No: 20251029-5002
Description: Comment of Sam Collins in Docket(s)/Project(s) CP25 60-000 Submission Date: 10/28/2025

309.    Filed By: Individual No Affiliation
Date: 10/29/2025
Accession No: 20251029-5004
Description: Comment of Claire Spear in Docket(s)/Project(s) CP25 60-000 Submission Date: 10/28/2025

310.    Filed By: Individual No Affiliation
Date: 10/29/2025
Accession No: 20251029-5003
Description: Comment of Jessica Sims in Docket(s)/Project(s) CP25 60-000 Submission Date: 10/28/2025

311.    Filed By: Duke Energy Carolinas, LLC and Duke Energy Progress, LLC
Date: 11/03/2025
Accession No: 20251103-5136
Description: Joint Comments of Duke Energy Carolinas, LLC and Duke Energy Progress, LLC on the Environmental Assessment re the Application for the Southgate Amendment Project under CP25-60.

| Record Item No. | Description |
| --- | --- |

**312.**

Filed By: Mountain Valley Pipeline, LLC
Date: 11/03/2025
Accession No: 20251103-5199
Description: Mountain Valley Pipeline, LLC submits comments in response to FERC's 10/03/2025 Environmental Assessment re the Amendment Application for the Southgate Amendment Project under CP25-60.

**313.**

Filed By: Public Service Company of North Carolina, Inc.
Date: 11/03/2025
Accession No: 20251103-5234
Description: Comments of Public Service Company of North Carolina, Inc. in support of Mountain Valley Pipeline, LLC's Abbreviated Application for Amendment re the Southgate Amendment Project under CP25-60.

**314.**

Filed By: Appalachian Mountain Advocates BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, WILD VIRGINIA ,SOUTHERN ALLIANCE FOR CLEAN ENERGY ,7 DIRECTIONS OF SERVICE ,KATIE WHITEHEAD ,ROBERT MCNUTT ,
Date: 11/03/2025
Accession No: 20251103-5236
Description: Joint Comments of Appalachian Voices et al. on the Environmental Assessment for the proposed Amendment to the Certificate of Public Convenience and Necessity for the Mountain Valley Pipeline Southgate Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

315.    Filed By: Appalachian Voices
Date: 11/03/2025
Accession No: 20251103-5214
Description: Comments of Appalachian Voices et al. in opposition of the Amendment Application for the Southgate Amendment Project under CP25-60.

316.    Filed By: 7 Directions of Service
Date: 11/03/2025
Accession No: 20251103-5245
Description: Comments of 7 Directions of Service et al. in opposition of the Amendment Application et al. for the Southgate Amendment Project under CP25-60.

317.    Filed By: 7 Directions of Service
Date: 11/03/2025
Accession No: 20251103-5283
Description: Comments of the 7 Directions of Service et al. requesting that the Commission deny the amendment request re the Southgate Amendment Project under CP25-60.

318.    Filed By: Carolinas Natural Gas Coalition
Date: 11/03/2025
Accession No: 20251103-5279
Description: Comments of Carolinas Natural Gas Coalition on the Environmental Assessment and in support of Mountain Valley Pipeline, LLC's Abbreviated Application for Amendment re the Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|
| 319. | Filed By: Protect Our Water, Heritage, Rights<br>Date: 11/03/2025<br>Accession No: 20251103-5102<br>Description: Comments of Protect Our Water, Heritage, Rights requesting that the Commission deny the amendment request re the Southgate Amendment Project under CP25-60. |
| 320. | Filed By: Our Children's Trust<br>Date: 11/03/2025<br>Accession No: 20251103-5057<br>Description: Comments of Our Children's Trust on the Environmental Assessment re the Amendment Application for the Southgate Amendment Project under CP25-60. |
| 321. | Filed By: Sierra Club<br>Date: 11/03/2025<br>Accession No: 20251103-5040<br>Description: Comments of Sierra Club et al. on the Environmental Impact Statement re the Southgate Amendment Project under CP25 60. |
| 322. | Filed By: Individual No Affiliation<br>Date: 11/03/2025<br>Accession No: 20251103-5000<br>Description: Comment of Aminah Ghaffar-Fulp in Docket(s)/Project(s) CP25-60-000 Submission Date: 10/31/2025 |

| **Record Item No.** | **Description** |
|---|---|
| 323. | Filed By: Individual No Affiliation<br>Date: 11/03/2025<br>Accession No: 20251103-5002<br>Description: Comment of Kate Ash-Vermillion in Docket(s)/Project(s) CP25-60-000 Submission Date: 11/2/2025 |
| 324. | Filed By: Individual No Affiliation<br>Date: 11/03/2025<br>Accession No: 20251103-5282<br>Description: Comment of Joshua Vana in Docket(s)/Project(s) CP25 60-000 Submission Date: 11/3/2025 |
| 325. | Filed By: INDIVIDUAL<br>Date: 11/04/2025<br>Accession No: 20251104-0003<br>Description: Comments in opposition to Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60. |
| 326. | Filed By: Mountain Valley Pipeline LLC<br>Date: 11/06/2025<br>Accession No: 20251106-5023<br>Description: Mountain Valley Pipeline, LLC submits updated response to FERC's 10/10/2025 data request re the proposal for the Southgate Amendment Project under CP25-60. |

| Record<br>Item No. | Description |
|---|---|
| 327. | Filed By: Mountain Valley Pipeline LLC<br>Date: 11/06/2025<br>Accession No: 20251106-5022<br>Description: Mountain Valley Pipeline, LLC submits updated response to FERC's 10/10/2025 data request re the proposal for the Southgate Amendment Project under CP25-60. |
| 328. | Filed By: INDIVIDUAL<br>Date: 11/07/2025<br>Accession No: 20251107-0002<br>Description: Comments of Rula in opposition to Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60. |
| 329. | Filed By: Mountain Valley Pipeline, LLC<br>Date: 11/14/2025<br>Accession No: 20251114-5104<br>Description: Mountain Valley Pipeline, LLC submits Section 401 Water Quality Certification from the North Carolina Department of Environmental Quality re the MVP Southgate Amendment Project under CP25-60. |
| 330. | Filed By: Sierra Club<br>Date: 11/18/2025<br>Accession No: 20251118-5206<br>Description: Comments of Sierra Club et al. requesting a public version of Mountain Valley Pipeline, LLC's updated Biological Assessment re the Amendment Application re the Southgate Amendment Project under CP25-60. |

| Record Item No. | Description |
|---|---|

331. Filed By: Mountain Valley Pipeline, LLC
Date: 11/18/2025
Accession No: 20251118-5202
Description: Mountain Valley Pipeline, LLC submits response to comments re FERC's 10/03/2025 Environmental Assessment re the Amendment Application for the Southgate Amendment Project under CP25-60.

332. Filed By: COMMONWEALTH OF VIRGINIA
Date: 11/18/2025
Accession No: 20251118-5047
Description: Comments of the members of the Virginia General Assembly in opposition to Mountain Valley Pipeline, LLC's Application for Amendment to Certificate of Public Convenience and Necessity for the Southgate Project under CP25-60 et al.

333. Issued By: OFFICE OF ENERGY PROJECTS
Date: 11/20/2025
Accession No: 20251120-3107
Description: Letter to U.S. Fish and Wildlife Service – Virginia Ecological Services et al. discussing the request for informal consultation for the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

334. Filed By: Southern Alliance for Clean Energy7 Directions of Service Katie Whitehead ,Robert McNutt
Date: 11/21/2025
Accession No: 20251121-5240
Description: Motion to Lodge by Southern Alliance for Clean Energy, et al. under CP25-60.

| Record Item No. | Description |
|---|---|

335.  Filed By: Southern Alliance for Clean Energy7 Directions of Service
Appalachian Voices ,Blue Ridge Environmental Defense League
Center for Biological Diversity ,Chesapeake Climate Action Network
Sierra Club ,Wild Virginia ,Katie Whitehead ,Robert McNutt
Date: 11/21/2025
Accession No: 20251121-5280
Description: Joint Protest by Southern Alliance for Clean Energy, et
al. to the application to amend the certificate of public convenience
and necessity for Southgate Project under CP25-60.

336.  Filed By: INDIVIDUAL
Date: 11/21/2025
Accession No: 20251121-0001
Description: Comments of Ruth Z. in opposition of the MVP
Southgate Amendment Project under CP25-60.

337.  Filed By: INDIVIDUAL
Date: 11/24/2025
Accession No: 20251124-4000
Description: Non-decisional: Emailed comments of Robert E.
Rutkowski requesting FERC to release vital information re the
biological assessment for Mountain Valley Pipeline, LLC's Mountain
Valley Pipeline Southgate Project under CP25-60.

338.  Filed By: INDIVIDUAL
Date: 12/01/2025
Accession No: 20251201-0008
Description: Comments in opposition of the MVP Southgate
Amendment Project under CP25-60.

| Record Item No. | Description |
| --- | --- |

339.

Filed By: INDIVIDUAL
Date: 12/01/2025
Accession No: 20251201-0012
Description: Comments in opposition of the MVP Southgate Amendment Project under CP25-60.

340.

Filed By: INDIVIDUAL
Date: 12/01/2025
Accession No: 20251201-0011
Description: Comments re the MVP Southgate Amendment Project under CP25-60.

341.

Filed By: House of Representatives
Date: 12/02/2025
Accession No: 20251202-5045
Description: Comments of U. S. Congress Representatives Bobby Scott, Valerie Foushee, and Jennifer McClellan urging production of Environmental Impact Statements for the Southeast Supply Enhancement Project and Southgate Amendment Project under CP25 10 et al.

342.

Filed By: Mountain Valley Pipeline, LLC
Date: 12/03/2025
Accession No: 20251203-5173
Description: Answer of Mountain Valley Pipeline, LLC to motion to lodge and late-filed protest by opposition groups on 11/21/2025 under CP25-60.

| Record Item No. | Description |
|---|---|

**343.**

Filed By: INDIVIDUAL
Date: 12/03/2025
Accession No: 20251203-0002
Description: Comments of Erik Riul re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

**344.**

Filed By: Mountain Valley Pipeline, LLC
Date: 12/04/2025
Accession No: 20251204-5197
Description: Mountain Valley Pipeline, LLC submits Biological Evaluation re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

**345.**

Filed By: Mountain Valley Pipeline, LLC
Date: 12/04/2025
Accession No: 20251204-5198
Description: Mountain Valley Pipeline, LLC submits Biological Evaluation re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

**346.**

Filed By: INDIVIDUAL
Date: 12/04/2025
Accession No: 20251204-0004
Description: Comments of Philp W. in opposition of the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

**347.**

Filed By: Individual No Affiliation
Date: 12/05/2025
Accession No: 20251205-5305
Description: Comment of crystal j mello in Docket(s)/Project(s) CP25-60-000 Submission Date: 12/5/2025

| **Record Item No.** | **Description** |
|---|---|

348.

Filed By: Duke Energy Carolinas, LLC Duke Energy Progress, LLC
Date: 12/08/2025
Accession No: 20251208-5243
Description: Joint Answer of Duke Energy Carolinas, LLC and Duke Energy Progress, LLC in response to the Joint Protest and Motion to Lodge filed by Southern Alliance for Clean Energy et al. under CP25 60.

349.

Filed By: Public Service Company of North Carolina, Inc.
Date: 12/08/2025
Accession No: 20251208-5322
Description: Reply Comments of Public Service Company of North Carolina, Inc. to the protest filed by Southern Alliance for Clean Energy et al. under CP25-60.

350.

Filed By: INDIVIDUAL
Date: 12/09/2025
Accession No: 20251209-0012
Description: Comments in opposition of the MVP Southgate Amendment Project under CP25-60.

351.

Filed By: Mountain Valley Pipeline, LLC
Date: 12/12/2025
Accession No: 20251212-5276
Description: Mountain Valley Pipeline, LLC submits redacted public version of the Biological Evaluation re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

| Record Item No. | Description |
|---|---|

352.   Filed By: INDIVIDUAL
Date: 12/15/2025
Accession No: 20251215-0008
Description: Comments of R. Harrell re the MVP Southgate Amendment Project under CP25-60.

353.   Filed By: Southern Alliance for Clean Energy7 Directions of Service
Date: 12/16/2025
Accession No: 20251216-5209
Description: Motion to Lodge by Southern Alliance for Clean Energy et al. under CP25-60.

354.   Filed By: Mountain Valley Pipeline, LLC
Date: 12/17/2025
Accession No: 20251217-5058
Description: Mountain Valley Pipeline, LLC submits updated Biological Evaluation re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

355.   Issued By: OFFICE OF ENERGY PROJECTS
Date: 12/17/2025
Accession No: 20251217-3061
Description: Memo providing record of 12/11/2025 email from United States Fish and Wildlife Service re Mountain Valley Pipeline, LLC's Mountain Valley Pipeline Southgate Amendment Project under CP25 60.

| **Record Item No.** | **Description** |
|---|---|

356.    Filed By: Mountain Valley Pipeline, LLC
Date: 12/17/2025
Accession No: 20251217-5141
Description: Answer of Mountain Valley Pipeline, LLC to the Late Filed Motion to Lodge by Southern Alliance for Clean Energy et al. under CP25-60.

357.    Filed By: Mountain Valley Pipeline, LLC
Date: 12/17/2025
Accession No: 20251217-5057
Description: Mountain Valley Pipeline, LLC submits updated Biological Evaluation re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

358.    Issued By: SECRETARY OF THE COMMISSION, FERC COMMISSIONERS AND IMMEDIATE STAFF (THE COMMISSION)
Date: 12/18/2025
Accession No: 20251218-3050
Description: Order Amending Certificate re Mountain Valley Pipeline, LLC's Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

359.    Filed By: Mountain Valley Pipeline, LLC
Date: 12/22/2025
Accession No: 20251222-5291
Description: Mountain Valley Pipeline, LLC submits notice of acceptance of the amended certificate re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

360.     Filed By: Mountain Valley Pipeline, LLC
Date: 01/14/2026
Accession No: 20260114-5172
Description: Mountain Valley Pipeline, LLC submits response to the U.S. Fish and Wildlife Service's 12/11/25 requests for information re the Biological Assessment in response to FERC's request re the Mountain Valley Pipeline Southgate Amendment Project under CP25 60.

361.     Filed By: Mountain Valley Pipeline, LLC
Date: 01/14/2026
Accession No: 20260114-5081
Description: Mountain Valley Pipeline, LLC submits Section 401 Water Quality Certification from the Virginia Department of Environmental Quality for the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

362.     Filed By: Mountain Valley Pipeline, LLC
Date: 01/14/2026
Accession No: 20260114-5173
Description: Mountain Valley Pipeline, LLC submits response to the U.S. Fish and Wildlife Service's 12/11/25 requests for information re the Biological Assessment in response to FERC's request re the Mountain Valley Pipeline Southgate Amendment Project under CP25 60.

| **Record Item No.** | **Description** |
|---|---|

363.   Filed By: Southern Alliance for Clean Energy7 Directions of Service Appalachian Voices, Blue Ridge Environmental Defense League Center for Biological Diversity, Chesapeake Climate Action Network Sierra Club, Wild Virginia
Date: 01/20/2026
Accession No: 20260120-5237
Description: Southern Alliance for Clean Energy, et al. submit Joint Request for Rehearing of the 12/18/2025 Order under CP25-60.

364.   Filed By: Mountain Valley Pipeline, LLC
Date: 01/30/2026
Accession No: 20260130-5353
Description: Mountain Valley Pipeline, LLC submits Implementation Plan in compliance with Environmental Condition No. 6 of the Order re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

365.   Filed By: Mountain Valley Pipeline, LLC
Date: 02/04/2026
Accession No: 20260204-5133
Description: Motion for Leave to Answer and Answer of Mountain Valley Pipeline, LLC to the request for rehearing and abrogation filed by Southern Alliance for Clean Energy et al. under CP25-60.

366.   Filed By: Mountain Valley Pipeline, LLC
Date: 02/06/2026
Accession No: 20260206-5078
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 1 for the period of 01/31/2026 to 02/06/2026 re the Mountain Valley Pipeline Southgate Amendment

| **Record Item No.** | **Description** |
|---|---|

Project under CP25-60.

367.
Filed By: Mountain Valley Pipeline, LLC
Date: 02/13/2026
Accession No: 20260213-5157
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 2 for the period of 02/06/2026 to 02/13/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

368.
Filed By: Mountain Valley Pipeline, LLC
Date: 02/19/2026
Accession No: 20260219-5029
Description: Mountain Valley Pipeline, LLC submits supplement to Implementation Plan to the Environmental Condition No. 6h of the Original Certificate Order re construction milestone schedule re the Mountain Valley Pipeline Southgate Amendment Project under CP25 60.

369.
Issued By: SECRETARY OF THE COMMISSION - FERC
Date: 02/20/2026
Accession No: 20260220-3001
Description: Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration re Mountain Valley Pipeline, LLC under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

370.      Filed By: Mountain Valley Pipeline, LLC
Date: 02/23/2026
Accession No: 20260223-5128
Description: Mountain Valley Pipeline, LLC submits notice of contract execution for the capacity levels and terms of service re the Mountain Valley Pipeline Southgate Amendment Project under CP25 60.

371.      Filed By: Mountain Valley Pipeline, LLC
Date: 02/25/2026
Accession No: 20260225-5000
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 3 for the period of 02/14/2026 to 02/20/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

372.      Filed By: Mountain Valley Pipeline LLC
Date: 03/03/2026
Accession No: 20260303-5173
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 4 for the period of 02/21/2026 to 02/27/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

373.      Issued By: INDIVIDUAL
Date: 03/04/2026
Accession No: 20260304-4000
Description: Non-Decisional: Email communication dated 11/19/2025 from Robert Rutkowski re release of redacted information from Mountain Valley Pipeline Southgate's Biological Assessment for the Mountain Valley Pipeline Southgate Amendment Project under CP25 60.

| **Record Item No.** | **Description** |
|---|---|

374.    Filed By: Mountain Valley Pipeline, LLC
Date: 03/04/2026
Accession No: 20260304-5124
Description: Mountain Valley Pipeline, LLC submits Supplement No. 1 to the 01/30/2026 Implementation Plan containing all remaining information re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

375.    Filed By: Mountain Valley Pipeline LLC
Date: 03/10/2026
Accession No: 20260310-5176
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 5 for the period of 02/28/2026 to 03/06/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

376.    Filed By: Mountain Valley Pipeline, LLC
Date: 03/13/2026
Accession No: 20260313-5189
Description: Mountain Valley Pipeline, LLC submits Supplement No. 2 to the 01/30/2026 Implementation Plan re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

377.    Filed By: Mountain Valley Pipeline LLC
Date: 03/17/2026
Accession No: 20260317-5193
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 6 for the period of 03/07/2026 to 03/13/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

| Record Item No. | Description |
| --- | --- |

378.  Issued By: OFFICE OF ENERGY PROJECTS
Date: 03/18/2026
Accession No: 20260318-3004
Description: Memo dated 03/18/2026 providing the Amendment to the Programmatic Agreement to the Advisory Council on Historic Preservation for the MVP Southgate Amendment Project under CP25 60.

379.  Filed By: Mountain Valley Pipeline, LLC
Date: 03/23/2026
Accession No: 20260323-5120
Description: ;Mountain Valley Pipeline, LLC submits supplement to 03/20/2026 Request for Notice to Proceed related to facilities located in Virginia re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

380.  Filed By: Mountain Valley Pipeline, LLC
Date: 03/23/2026
Accession No: 20260323-5049
Description: Mountain Valley Pipeline, LLC submits request for notice to proceed with construction of Virginia Facilities by 03/23/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

381.  Issued By: OFFICE OF ENERGY PROJECTS
Date: 03/23/2026
Accession No: 20260323-3053
Description: Letter to Mountain Valley Pipeline, LLC approving the 03/20/2026 notice to proceed request re the commencement of partial construction of the Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
|---|---|

382.      Filed By: Mountain Valley Pipeline LLC
Date: 03/24/2026
Accession No: 20260324-5156
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 7 for the period of 03/14/2026 to 03/20/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

383.      Filed By: Mountain Valley Pipeline, LLC
Date: 03/30/2026
Accession No: 20260330-5261
Description: Mountain Valley Pipeline, LLC submits notification of commenced construction activities on 03/24/2026 at the Virginia Facilities of the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

384.      Filed By: Mountain Valley Pipeline, LLC
Date: 03/31/2026
Accession No: 20260331-5070
Description: Mountain Valley Pipeline, LLC submits notification of court action at the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

385.      Filed By: Mountain Valley Pipeline LLC
Date: 03/31/2026
Accession No: 20260331-5376
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 8 for the period of 03/21/2026 to 03/27/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

| Record<br>Item No. | Description |
|---|---|

386.      Filed By: Mountain Valley Pipeline, LLC
Date: 03/31/2026
Accession No: 20260331-5070
Description: Mountain Valley Pipeline, LLC submits notification of court action at the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

387.      Filed By: Southern Alliance for Clean Energy7 Directions of Service Appalachian Voices ,Blue Ridge Environmental Defense League ,Chesapeake Climate Action Network ,Sierra Club ,Wild Virginia
Date: 04/03/2026
Accession No: 20260403-5073
Description: Comments of Southern Alliance for Clean Energy et al. requesting a stop-work order for all construction along the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

388.      Filed By: SOUTHERN ALLIANCE FOR CLEAN ENERGY7 DIRECTIONS OF SERVICEAPPALACHIAN VOICES ,BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE ,CHESAPEAKE CLIMATE ACTION NETWORK ,SIERRA CLUB ,WILD VIRGINIA
Date: 04/06/2026
Accession No: 20260406-0012
Description: Joint Petition for Review filed in the United States Court of Appeals for the District of Columbia Circuit of Southern Alliance for Clean Energy et al. re Order Amending Certificate issued 12/18/2025 et al. under CP25-60 (No Case No.).

| Record Item No. | Description |
| --- | --- |

389. Filed By: SOUTHERN ALLIANCE FOR CLEAN ENERGY7
DIRECTIONS OF SERVICEAPPALACHIAN VOICES ,BLUE
RIDGE ENVIRONMENTAL DEFENSE LEAGUE ,CHESAPEAKE
CLIMATE ACTION NETWORK ,SIERRA CLUB ,WILD
VIRGINIA
Date: 04/07/2026
Accession No: 20260407-0008
Description: Petition for Review filed in the U.S. Court of Appeals for
the District of Columbia Circuit of Southern Alliance for Clean
Energy et al. re Order Amending Certificate issued 12/18/25 and
Notice of Denial issued 02/20/26 under CP25-60. (Case No. 26-1071).

390. Filed By: Mountain Valley Pipeline LLC
Date: 04/07/2026
Accession No: 20260407-5087
Description: Mountain Valley Pipeline, LLC submits Weekly
Construction Status Report No. 9 for the period of 03/28/2026 to
04/03/2026 re the Mountain Valley Pipeline Southgate Amendment
Project under CP25-60.

391. Filed By: Mountain Valley Pipeline LLC
Date: 04/14/2026
Accession No: 20260414-5121
Description: Mountain Valley Pipeline, LLC submits Weekly
Construction Status Report No. 10 for the period of 04/04/2026 to
04/10/2026 re the Mountain Valley Pipeline Southgate Amendment
Project under CP25-60.

| Record Item No. | Description |
| --- | --- |

392.   Filed By: Mountain Valley Pipeline LLC
Date: 04/21/2026
Accession No: 20260421-5241
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 11 for the period of 04/11/2026 to 04/17/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

393.   Filed By: Mountain Valley Pipeline, LLC
Date: 04/27/2026
Accession No: 20260427-5154
Description: Mountain Valley Pipeline, LLC submits draft work plan for additional archaeological testing at Site 44PY0451 re the MVP Southgate Amendment Project under CP25-60.

394.   Filed By: Mountain Valley Pipeline, LLC
Date: 04/27/2026
Accession No: 20260427-5155
Description: Mountain Valley Pipeline, LLC submits draft work plan for additional archaeological testing at Site 44PY0451 re the MVP Southgate Amendment Project under CP25-60.

395.   Filed By: Mountain Valley Pipeline LLC
Date: 04/28/2026
Accession No: 20260428-5262
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 12 for the period of 04/18/2026 to 04/24/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

| Record Item No. | Description |
|---|---|

396.      Filed By: Mountain Valley Pipeline, LLC
Date: 04/30/2026
Accession No: 20260430-5063
Description: Mountain Valley Pipeline, LLC submits notification of court action granting that temporary administrative stays have been lifted re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

397.      Filed By: Mountain Valley Pipeline, LLC
Date: 05/01/2026
Accession No: 20260501-5155
Description: Mountain Valley Pipeline, LLC submits Variance Request No. VAR-VA-002 to add a new contractor yard at the Brosville Yard of the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

398.      Filed By: Mountain Valley Pipeline, LLC
Date: 05/01/2026
Accession No: 20260501-5154
Description: Mountain Valley Pipeline, LLC submits Variance Request No. VAR-VA-002 to add a new contractor yard at the Brosville Yard of the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

399.      Issued By: OFFICE OF ENERGY PROJECTS
Date: 05/01/2026
Accession No: 20260501-3040
Description: Letter to Mountain Valley Pipeline, LLC approving the 05/01/2026 request to utilize approximately 17.3 acres of land in Pittsylvania County, Virginia etc. for the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

| **Record Item No.** | **Description** |
| --- | --- |

400.

Filed By: Mountain Valley Pipeline LLC
Date: 05/05/2026
Accession No: 20260505-5098
Description: Mountain Valley Pipeline, LLC submits Weekly Construction Status Report No. 13 for the period of 04/25/2026 to 05/01/2026 re the Mountain Valley Pipeline Southgate Amendment Project under CP25-60.

401.

Issued By: FEDERAL ENERGY REGULATORY COMMISSION
Date: 05/06/2026
Accession No: 20260506-3003
Description: Environmental Compliance Monitoring Report for the Southgate Amendment Project for the period of 04/19/2026 through 04/25/2026 under CP25-60.

402.

Issued By: FEDERAL ENERGY REGULATORY COMMISSION
Date: 05/07/2026
Accession No: 20260507-3021
Description: Environmental Compliance Monitoring Report for the Southgate Amendment Project for the period of 04/26/2026 through 05/02/2026 under CP25-60.

403.

Issued By: COMMISSIONERS AND IMMEDIATE STAFF (THE COMMISSION) SECRETARY OF THE COMMISSION – FERC
Date: 05/11/2026
Accession No: 20260511-3066
Description: Order Addressing Arguments Raised on Rehearing re Mountain Valley Pipeline, LLC's Southgate Project under CP25-60.

**Record
Item No.     Description**

In witness whereof I have hereunto subscribed and caused the seal of the Federal Energy Regulatory Commission to be affixed this 18th day of May, 2026, at Washington, D.C.

/s/ *Debbie-Anne A. Reese*

Debbie-Anne A. Reese,
Secretary.

*Southern Alliance for Clean Energy, et al. v. FERC*
<u>*D.C. Cir. No. 26-1071*</u>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 18, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>*/s/ Jason T. Perkins*</u>
Jason T. Perkins
Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6413
Email: jason.perkins@ferc.gov

May 18, 2026